# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0265, A19A0266.  RICK WARREN v. CITY OF ATLANTA et al. (two cases).**

After the Municipal Court of the City of Atlanta adjudicated Rick Warren guilty of violating the Atlanta City Housing Code of 1987 in three separate proceedings, he petitioned the superior court for a writ of certiorari in each case.  The superior court issued the writ in all three cases but subsequently dismissed all three cases for want of prosecution in a single order.  Warren then filed these direct appeals, seeking review of the superior court's dismissal order as it pertains to two of those cases: superior court case nos. 2015CV267499 and 2015CV267668.[1]  We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal.  OCGA § 5-6-35 (a) (1), (b); see *Taylor v. City of Atlanta*, 184 Ga. App. 795, 795-796 (363 SE2d 45) (1987).  Compliance with the discretionary appeal procedure is required even where the superior court dismisses the action.  See *Taylor*, 184 Ga. App. at 796; accord *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351, 351 (317 SE2d 327) (1984).  Warren's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over these direct appeals.

---

[1] We dismissed Warren's appeal from the superior court's dismissal order as it pertains to superior court case no. 2016CV274144 earlier this year.  See *Warren v. City of Atlanta*, No. A19A0067 (Aug. 23, 2018).

Consequently, Case Nos. A19A0265 and A19A0266 are hereby DISMISSED for lack of jurisdiction.  See *Taylor*, 184 Ga. App. at 796; *Brewer*, 170 Ga. App. at 351.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  10/17/2018*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*